**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-617C
Filed: October 30, 2017

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
                                          *
RA NU RA KHUTI AMEN BEY,                  *
                                          *
                                          *
    Plaintiff, pro se,                    *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
    Defendant.                            *
                                          *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

**FILED**

OCT 30 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER DISMISSING CASE

On May 8, 2017, :Ra-Nu-Ra-Khuti-Amen: Bey ("Plaintiff") filed a Complaint, *pro se*, in the United States Court of Federal Claims.

On October 5, 2017, the court issued a Show Cause Order, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 41(b), because Plaintiff had not submitted the required filing fee or filed an Application to Proceed *In Forma Pauperis* with the court. The Show Cause Order stated:

> RCFC 41(b) states that the court may dismiss an action, on its own motion, "[i]f the plaintiff fails . . . to comply with [the RCFC.]" RCFC 41(b). In light of Plaintiff's failure to comply with court-mandated requirements prescribed by RCFC 77.1, Plaintiff is ordered to show cause why this case should not be dismissed.
>
> Plaintiff will respond to this Order by submitting the required fee or filing a completed Application to Proceed *In Forma Pauperis* on, or before, October 20, 2017. If a response is not filed, the court will dismiss the above-captioned case, pursuant to RCFC 41(b).

On October 19, 2017, Plaintiff filed a Response ("Pl. Resp."), responding to the court's October 5, 2017 Show Cause Order.[1] As of that date, Plaintiff had not submitted the required

---

[1] Although Plaintiff titled this document "AFFIDAVIT AGREEMENT OF TRUST / INDENTURE 'ACCEPTANCE FOR VALUE, RETURN FOR VALUE, SETTLEMENT and

filing fee or filed an Application to Proceed *In Forma* Pauperis. And, in the Response, Plaintiff failed to indicate that he intended to do so. Instead, in the Response, Plaintiff stated "[p]lease close this account (17-617C), now, and . . . provide . . . a certificate of release" (Pl. Resp. at 2), which the court views as an indication that Plaintiff will not be taking the steps required by the court's October 5, 2017 Show Cause Order.

As of October 30, 2017, Plaintiff still has not submitted the required filing fee or filed an Application to Proceed *In Forma Pauperis* with the court, nor has Plaintiff shown cause why this case should not be dismissed. As such, given Plaintiff's failure to prosecute, the Clerk of Court is directed to dismiss this case.

**IT IS SO ORDERED.**

**SUSAN G. BRADEN**
**Chief Judge**

---

CLOSURE,'" the court considers this document to be a Response to the court's October 5, 2017 Show Cause Order.